IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>$11,297.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　　　Defendant. | 8:14CV223<br><br>**DEFAULT JUDGMENT AND DECREE OF FORFEITURE** |

　　　　This matter comes on before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 15) against the Defendant, $11,297.00 in United States Currency, Evan Ngo, Uyeh Ngo and any other unknown individuals.  Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. No claimants have entered an appearance, either personally or through counsel.  Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

　　　　1.　　A Complaint for Forfeiture *In Rem* was filed herein on July 30, 2014 (Filing No. 1). A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshals Service (Filing Nos. 4, 7).

　　　　2.　　Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated August 11, 2014 (Filing Nos. 6, 8).

　　　　3.　　On August 22, 2014, the United States Marshals Service served Evan Ngo with the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *In Rem* by handing copies of the same to him at the Diagnostic and Evaluation Center, 3220

West Van Dorn, Lincoln, Nebraska. This is evidenced by Filing No. 9, a Process receipt and Return.

4. On February 10, 2015, U.S. Marshals Service served Uyeh Ngo with the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *In Rem* by handing copies of the same to Uyeh Ngo's brother at Uyeh Ngo's place of residence, 833 Karen Drive, Lincoln, Nebraska. This is evidenced by Filing No. 11, a Process Receipt and Return.

5. A Clerk's Entry of Default was entered against Evan Ngo on March 17, 2015 (Filing No. 14).

6. No other person or entity entitled to the Defendant property has filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law.

7. The Plaintiff's Motion Decree of Forfeiture should therefore be granted.

IT IS ORDERED:

A. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 15) is granted;

B. All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed.

C. The Defendant currency shall be and the same hereby is forfeited to the United States of America.

D. The Defendant currency shall be disposed of by the United States of America in accordance with law.

DATED this 15th day of April, 2015.

                                        BY THE COURT:
                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge

3